# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELICIA BRASHEARS, | ) | Case No. CV 12-6760 FMO (JCGx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| BANK OF AMERICA HOME LOANS, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that plaintiff's FDCPA claim is dismissed with prejudice. There are no other federal claims stated in the First Amended Complaint. To the extent the First Amended Complaint can be read to contain a claim under the Truth in Lending Act or Real Estate Settlement Procedures Act, those claims are dismissed without prejudice. Accordingly, the remaining state claims are remanded to the Los Angeles County Superior Court.

Dated this 22nd day of October, 2013.

/s/
Fernando M. Olguin
United States District Judge